**Richard Lewis BECKWITH,
Petitioner–Appellant,**

**v.**

**Bobby SHEARIN, Warden; Steven Finger; Tammie J. Hart; Mary J. Bright; Vicki Johnson; John/Jane Doe, 1–10, Respondents–Appellees.**

No. 02–7796.

United States Court of Appeals,
Fourth Circuit.

Submitted April 22, 2003.

Decided May 15, 2003.

Richard Lewis Beckwith, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Allen F. Loucks, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Lewis Beckwith appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Beckwith v. Shearin,* No. CA–02–1907–AW (D. Md. filed Oct. 28, 2002 & entered Oct. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*